FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISOM GRAY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>McDONALD, Warden,<br><br>　　　　　　Respondent. | Case No. CV 12-4853 SVW(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: 12/16/13

_____
HONORABLE STEPHEN V WILSON
UNITED STATES DISTRICT JUDGE